# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES WINDHAM,<br><br>    Plaintiff,<br><br>    v.<br><br>RONALD FRANKLIN, et al.,<br><br>    Defendants. | Case No. CV 13-3004-SVW (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge filed on August 29, 2014. No Objections to the Report and Recommendation have been filed within the time allowed for Objections.[1] The Court concurs with and accepts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS HEREBY ORDERED that:

(1) Plaintiff's failure-to-protect claim based on the February 17, 2010, cellmate assignment is DISMISSED without leave to amend;

(2) Plaintiff's retaliation claims are DISMISSED without leave to amend;

---

[1] The Magistrate Judge's Report and Recommendation of August 29, 2014, was returned to the Court on September 15, 2014, with a note stating, "Inmate Refused – Chrono On File". (See Docket No. 52.)

1  (3) Plaintiff's access to courts claims are DISMISSED without leave to amend, but
2 without prejudice to filing in another action;
3  (4) all claims against defendants Beard, Sullivan, Sherman, Mebane, Assad, Wofford,
4 Miguel, Harris, Frank, Martinez, Fears, Wood, Williams, and Beltran are DISMISSED
5 without leave to amend;
6  (5) Plaintiff's Eighth Amendment claims against Romero and Maldonado based on
7 the March 1, 2010, incident are DISMISSED with leave to amend;
8  (6) Plaintiff's state law claims are DISMISSED with leave to amend; and
9  (7) Plaintiff is GRANTED leave to file a Third Amended Complaint consistent with the
10 Magistrate Judge's Report and Recommendation filed on August 29, 2014, **within thirty**
11 **(30) days** of this Order.

13 DATED: February 2, 2015

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE