UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No.   CV 13-3004-SVW (JEM) | Date   March 18, 2015 |
| Title   Charles Windham v. Ronald Franklin, et al. | |

Present: The Honorable   John E. McDermott, United States Magistrate Judge

| S. Anthony | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

Proceedings:   **(IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO PROSECUTE**

On May 23, 2013, Charles Windham ("Plaintiff"), proceeding pro se and in forma pauperis, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 ("Complaint").  The same day, the Court dismissed the Complaint with leave to amend.[1]  On November 4, 2013, Plaintiff filed a First Amended Complaint ("FAC").  On February 20, 2014, the Court dismissed the FAC, with leave to amend, pursuant to the screening provisions of the Prison Litigation Reform Act of 1995.  On April 7, 2014, Plaintiff filed a Second Amended Complaint ("SAC").  On August 29, 2014, the Court issued a Report and Recommendation ("R&R"), recommending that the District Court issue an order dismissing the SAC with leave to amend to the extent set forth in the R&R.  On February 2, 2015, the District Judge issued an Order Accepting Findings and Recommendations of United States Magistrate Judge, granting Plaintiff leave to file a Third Amended Complaint ("TAC") consistent with the R&R within 30 days of the Order.

The March 4, 2015, deadline to file the TAC has passed, and no TAC has been filed.

In light of the foregoing, Plaintiff is **ORDERED TO SHOW CAUSE** why this case should not be dismissed for failure to prosecute and/or failure to comply with a Court order.  Plaintiff shall file a written response to this Order to Show Cause no later than **April 1, 2015**.[2]  Plaintiff's failure to respond in writing to the Order to Show Cause

---

[1] The Complaint was dismissed because it did not state Plaintiff's true name.  (Docket No. 7.)

[2] Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, oral argument on this Order to Show Cause will not be heard unless ordered by the Court.  Upon the filing of a Response, the Order to Show Cause will stand submitted.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

by the deadline may result in a recommendation that this action be dismissed for failure to prosecute and/or failure to comply with a court order.

Filing of a Third Amended Complaint consistent with the District Judge's Order of February 2, 2015, shall be a satisfactory response to the Order to Show Cause.

No extensions of this deadline will be granted absent extraordinary circumstances.

IT IS SO ORDERED.

cc: Parties

cc:    Parties

|  | : |
|---|---|
| Initials of Deputy Clerk | sa |