UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-3004-SVW (JEM) | Date | April 28, 2015 |
|---|---|---|---|
| Title | Charles Windham v. Ronald Franklin, et al. | | |

| Present: The Honorable | John E. McDermott, United States Magistrate Judge |
|---|---|

| S. Anthony | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |

**Proceedings:**  **(IN CHAMBERS) ORDER RE: PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

On April 24, 2015, Plaintiff filed a "Declaration of Charles Windham re: Final Resolution of Case Matter" ("Declaration"), in which Plaintiff instructs the Court to "dismiss this case". Accordingly, IT IS ORDERED THAT the Court CONSTRUES the Declaration as a Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) ("Notice"). Fed. R. Civ. P. 41(a)(1)(A)(i) allows a plaintiff to dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. Here, no defendant has filed either an answer or a motion for summary judgment. Accordingly, the case is dismissed by operation of law, and without the need for a court order, pursuant to Plaintiff's Notice. The dismissal is without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(B).

:

Initials of Preparer       sa